### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC | § § § | |
| *Plaintiff*, | § § | Civil Action No. 2:16-CV-01038-JRG |
| | § | LEAD CASE |
| v. | § § | |
| BARRACUDA NETWORKS, INC., | § § | |
| | § | |
| *Defendant*. | § | |
| | | |
| MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC | § § § | |
| *Plaintiff*, | § § | Civil Action No. 2:16-CV-01062-JRG |
| | § | |
| v. | § § | |
| FIRST DATA CORPORATION, | § § | |
| | § | |
| *Defendant*. | | |

### ORDER GRANTING FIRST DATA CORPORATION AND MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC'S JOINT MOTION TO EXTEND TIME TO FILE REPLY AND SURREPLY RELATED TO DEFENDANT FIRST DATA CORPORATION'S MOTION TO DISMISS

On this day came on for consideration First Data Corporation and Marking Object Virtualization Intelligence, LLC's Joint Motion to Extend Time to File Reply and SurReply Related to Defendant First Data's Motion to Dismiss (Dkt. No. 20).  Upon review and consideration of said Motion, the Court is of the opinion that same should be GRANTED.

It is therefore, ORDERED, ADJUDGED and DECREED that First Data is granted until January 10, 2017 to file its  Reply and Marking Object is granted until January 24, 2017 to file its SurReply.

**So ORDERED and SIGNED this 30th day of December, 2016.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE