## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**  *Plaintiff*,  v.  **BARRACUDA NETWORKS, INC.,**  *Defendant*. | **C.A. No. 2:16-cv-1038-JRG**  **LEAD CASE** |
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**  *Plaintiff*,  v.  **XILINX, INC.**  *Defendant*. | **C.A. No. 2:16-cv-1109-JRG**  **JURY TRIAL DEMANDED** |

### Order Granting Joint Motion To Stay All Deadlines and Notice of Settlement

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt No. 21). The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Joint Motion to Stay All Deadlines be and hereby is GRANTED, and that all unreached deadlines as to Plaintiff Marking Object Virtualization Intelligence, LLC ("Plaintiff") and Defendant Xilinx, Inc. are stayed for 30 days.

**So ORDERED and SIGNED this 30th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE