# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**FUJITSU LTD.; FUJITSU AMERICA, INC.; AND SAP AMERICA, INC.,**<br><br>*Defendants*. | C.A. No. 2:16-cv-01046-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING PLAINTIFF MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE TO FUJITSU AMERICA, INC.'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION, Plaintiff Marking Object Virtualization Intelligence, LLC'S Unopposed Motion for Leave to File Under Seal Its Response to Fujitsu America, Inc.'s Motion to Dismiss (Dkt. No. 22).

Good cause appearing, the Motion is GRANTED.

**So ORDERED and SIGNED this 30th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE