# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**<br><br>　　　*Plaintiff*,<br>　v.<br><br>**BARRACUDA NETWORKS, INC.,**<br><br>　　　*Defendant*. | **C.A. No. 2:16-cv-1038-JRG**<br><br>**LEAD CASE** |
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**<br><br>　　　*Plaintiff*,<br>　v.<br><br>**XILINX, INC.**<br><br>　　　*Defendant*. | **C.A. No. 2:16-cv-1109-JRG**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff Marking Object Virtualization Intelligence, LLC and Defendant Xilinx, Inc. (collectively, "the parties") jointly move to dismiss all claims asserted in this action against Xilinx, Inc. by Marking Object Virtualization Intelligence, LLC with prejudice. The foregoing parties further move that each party shall bear its own costs, expenses, and attorneys' fees. A proposed order of dismissal is attached.

Dated:  January 4, 2017

Respectfully submitted,

/s/  Dorian S. Berger_____
Elizabeth L. DeRieux (TX Bar No. 05770585)
D. Jeffrey Rambin (TX Bar No. 00791478)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 95047
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

*Attorneys for Marking Object Virtualization Intelligence, LLC*


 /s/ David M. Hoffman_____
Katherine Vidal
California Bar No. 194971
vidal@fr.com
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
One Congress Plaza
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

                                                  COUNSEL FOR DEFENDANT XILINX, INC.

## **CERTIFICATE OF SERVICE**

        I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of January, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                            /s/ Dorian S. Berger
                            Dorian S. Berger