### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BARRACUDA NETWORKS, INC.**<br><br>*Defendant.* | Civil Action No. 2:16-cv-1038<br>LEAD CASE<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF P.R. 3-1 AND 3-2 DISCLOSURES

COMES NOW, Plaintiff Marking Object Virtualization Intelligence, LLC and notifies the Court that pursuant to P.R. 3-1, 3-2 and this Court's December 30, 2016 Order, it served its required disclosures on counsel for First Data Corporation via electronic mail and FTP.

Dated: January 18, 2017

Respectfully submitted,

/s/ Dorian S. Berger_____
Elizabeth L. DeRieux (TX Bar No. 05770585)
D. Jeffrey Rambin (TX Bar No. 00791478)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 95047
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

*Attorneys for Marking Object Virtualization Intelligence, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of January, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

    */s/ Dorian S. Berger*
    Dorian S. Berger