**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**<br><br>　　*Plaintiff*,<br>　v.<br><br>**BARRACUDA NETWORKS, INC.,**<br><br>　　*Defendant*. | **C.A. No. 2:16-cv-1038-JRG**<br><br>**LEAD CASE** |
| **MARKING OBJECT VIRTUALIZATION INTELLIGENCE, LLC,**<br><br>　　*Plaintiff*,<br>　v.<br><br>**FIRST DATA CORPORATION.**<br><br>　　*Defendant*. | **C.A. No. 2:16-cv-1062-JRG**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Marking Object Virtualization Intelligence, LLC ("Plaintiff") and Defendant First Data Corporation ("First Data") announced to the Court that they have resolved Plaintiff's claims for relief against First Data asserted in this case (Dkt. No. 52). Plaintiff and First Data have therefore requested that the Court dismiss Plaintiff's claims for relief against First Data with prejudice with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court having considered this request, is of the opinion that their request for dismissal should be **GRANTED**.

IT IS THEREFORE **ORDERED** that Plaintiff's claims for relief against First Data are **DISMISSED WITH PREJUDICE**.

IT IS FURTHER **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. The Clerk is directed to **CLOSE** member case No. 2:16-cv-1062-JRG. Any and all motions that are presently unresolved by the Court are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**So Ordered this**
**May 9, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE