AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Eastern District of Texas, Marshall Division____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:16-cv-1038 | DATE FILED<br>09/21/2016 | U.S. DISTRICT COURT<br>Eastern District of Texas, Marshall Division |
|---|---|---|
| PLAINTIFF<br>Marking Object Virtualization Intelligence, LLC | | DEFENDANT<br>Barracuda Networks, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,802,006 B1 | 10/5/2004 | Marking Object Virtualization Intelligence, LLC |
| 2 | 6,510,516 B1 | 1/21/2003 | Marking Object Virtualization Intelligence, LLC |
| 3 | 7,650,504 B2 | 1/19/2010 | Marking Object Virtualization Intelligence, LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Barracuda are dismissed with prejudice.

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>Nakisha Love | DATE<br>5/10/17 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**